**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:18-CR-47-TLS |
| | ) | |
| ROBIN C. OPPER | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States

Magistrate Judge [ECF No. 14], filed on May 14, 2018. The Defendant has waived objection to

the Findings and Recommendation.

The Court being duly advised, ADOPTS the Findings and Recommendation [ECF No.

14] in its entirety and ACCEPTS the recommended disposition. Subject to this Court's

consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if

applicable and necessary, the plea of guilty to the offenses charged in Count 1 of the Information

are hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offenses.

The Sentencing Scheduling Order scheduling sentencing-related deadlines and hearings

will be issued by separate order.

SO ORDERED on May 30, 2018.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT